UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**VICTOR ARIZA**,

    Plaintiff,

v.                                           Case No.: 1:20-cv-22642-KMM-Becerra

**WINGSTOP RESTAURANTS, INC.**,
a foreign for-profit corporation,

    Defendant.
_____/

### JOINT NOTICE OF SETTLEMENT IN ORDER TO STAY THIS MATTER AND ALLOW THE PARTIES TIME TO FINALIZE AGREEMENT

    Plaintiff VICTOR ARIZA and Defendant, WINGSTOP RESTAURANTS, INC., by and through undersigned counsel, hereby notify the Court that the parties have reached a settlement in principle, and request that the Court stay all pending deadlines in this action.

| | |
|---|---|
| */s/ Roderick V. Hannah* | */s/ Amanda E. Reagan* |
| Roderick V. Hannah | Amanda E. Reagan |
| Fla. Bar No. 435384 | Florida Bar No. 92520 |
| **RODERICK V. HANNAH, ESQ., P.A.** | **DLA PIPER LLP (US)** |
| 4800 N. Hiatus Road | 3111 W. Dr. Martin Luther King Jr. Blvd. |
| Sunrise, FL 33351 | Suite 300 |
| Phone: 954-362-3800 | Tampa, Florida 33607-6233 |
| Fax: 954-362-3779 | Phone: 813-229-2111 |
| Email: rhannah@rhannahlaw.com | Fax: 813-229-1447 |
| *-and-* | Email: amy.reagan@dlapiper.com |
| Pelayo M. Duran |         sheila.hall@dlapiper.com |
| Fla. Bar No. 0146595 | *Attorneys for Defendant* |
| **LAW OFFICE OF PELAYO DURAN, P.A.** | *Wingstop Restaurants, Inc.* |
| 4640 N.W. 7th Street | |
| Miami, FL 33126-2309 | |
| Phone: 305-266-9780 | |
| Fax: 305-269-8311 | |
| Email: duranandassociates@gmail.com | |
| *Attorneys for Plaintiff* | |

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Roderick V. Hannah
**RODERICK V. HANNAH, ESQ., P.A.**
4800 N. Hiatus Road
Sunrise, FL  33351
Phone:  954-362-3800
Fax:  954-362-3779
Email:  rhannah@rhannahlaw.com
*-and-*
Pelayo M. Duran
**LAW OFFICE OF PELAYO DURAN, P.A.**
4640 N.W. 7th Street
Miami, FL  33126-2309
Phone:  305-266-9780
Fax:  305-269-8311
Email:  duranandassociates@gmail.com
*Attorneys for Plaintiff*

                                                              */s/ Amanda E. Reagan*
                                                              Attorney

EAST\176258908.1