UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:20-CV-22642-KMM

**VICTOR ARIZA**,

    Plaintiff,

vs.

**WINGSTOP RESTAURANTS INC.,**
**a foreign for-profit corporation,**

    Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA ("Plaintiff"), and Defendant WINGSTOP RESTAURANTS INC. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action with prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

Dated:  October 8, 2020.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**DLA PIPER LLP**
Counsel for Defendant
3111 West Dr. Martin Luther King Jr. Boulevard
Suite 300
Tampa, FL  33067-6233
(813) 229-2111
Amy.reagan@dlapiper.com

By _____/s/ Amanda E. Reagan_____
         AMANDA E. REAGAN
         Florida Bar No. 092520